UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS LEE KENNARD, | Civil Action No. 09-5972 (RBK) |
| Plaintiff, | |
| v. | **ORDER** |
| MS D. ZICKEFOOSE, et al., | |
| Defendants. | |

For the reasons stated in the Opinion filed herewith,

IT IS on this 29th day of March, 2010,

ORDERED that the Clerk of the Court is directed to file the complaint in the above-captioned action; and it is further

ORDERED that Plaintiff's application to proceed in this matter in forma pauperis is granted, and Plaintiff is assessed a filing fee of $350.00 and shall pay the entire filing fee in the manner set forth in this Order pursuant to 28

U.S.C. § 1915(b)(1) and (2), regardless of the outcome of the litigation; and it is further

ORDERED that in each month that the amount in Plaintiff's account exceeds $10.00, until the $350.00 filing fee is paid, the agency having custody of Plaintiff shall assess, deduct from Plaintiff's account, and forward to the Clerk of the Court payment equal to 20% of the preceding month's income credited to Plaintiff's account, pursuant to 28 U.S.C. § 1915(b)(2), and each payment shall reference the civil docket number of this action; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order by regular mail upon the United States Attorney for the District of New Jersey and on the warden of the place of Plaintiff's current confinement; and it is further

ORDERED that the complaint, Docket Entry No. 1, is dismissed. Such dismissal is without prejudice as to Plaintiff's filing of a detailed amended complaint, in accordance with the guidance provided to Plaintiff in the Opinion filed herewith. Such filing shall be executed within 30 days from the date of entry of this Order; and it is further

ORDERED that, in the event Plaintiff timely files an amended complaint, the Court will direct the Clerk to reopen this matter and will address the facts asserted in Plaintiff's amended complaint; and it is further

ORDERED that the Clerk shall serve copies of the Opinion filed herewith and this Order upon Plaintiff by regular U.S. mail, together with a blank civil complaint form;[1] and it is further

---

[1] Plaintiff may, if he so desires, state the facts of his claim on a blank piece of paper by

ORDERED that **THE CLERK SHALL NOT CHANGE OR OTHERWISE ALTER THE FONT OF THIS ORDER OR THE FONT OF THE OPINION FILED HEREWITH** since this font was specifically selected by the Court in order to accommodate Plaintiff's alleged visual impairment; and it is finally

ORDERED that the Clerk shall close the file on this matter by making a new and separate entry on the docket reading "CIVIL CASE CLOSED".

                                                         */s/ Robert B. Kugler*
                                                         **Robert B. Kugler,**
                                                         **United States District Judge**

---

writing these facts in a print handwriting of the font size that is as large as it is convenient for Plaintiff's eyes.